**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Celestino ANCELMO–SANTOS,**
**Defendant—Appellant.**

**No. 07–10451.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Celestino Ancelmo–Santos appeals from the 27–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ancelmo–Santos contends that the appeal waiver in his plea agreement does not

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

preclude this appeal because: (1) it does not unambiguously prevent him from challenging the manner in which his sentence was imposed; and (2) his sentence is illegal. These contentions fail. *See Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *United States v. Schuman,* 127 F.3d 815, 817 (9th Cir.1997). We therefore enforce the valid appeal waiver. *See United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.